No. 1,708.

IND. NATURAL GAS AND OIL COMPANY *v.* DOWNING.

From the Howard Circuit Court.

*Moore, Winfield & Taber,* for appellant.

*Blacklidge, Shirley & Moon,* for appellee.

REINHARD, J.—Instructions were given in this case, similar to those for which a reversal was adjudged in the late case of *Ind. Natural Gas and Oil Co.* v. *Jones,* 14 Ind. App. 55.

On the authority of that case, the judgment of the court below in the present case must be reversed.

Judgment reversed.

Filed December 20, 1895.

No. 1,709.

IND. NATURAL GAS AND OIL COMPANY *v.* COLLINS.

From the Howard Circuit Court.

*Moore, Winfield & Taber,* for appellant.

*Blacklidge, Shirley & Moon,* for appellee.

REINHARD, J.—The question which must determine our conclusion in this case has been disposed of by this court in the recent case of *Ind. Natural Gas and Oil Co.* v. *Jones,* 14 Ind. App. 55.

On the authority of that case, the judgment of the lower court is reversed.

Filed January 8, 1896.